CROWLEY *v.* HURD.

An officer making an arrest without a warrant, upon a view, and between sunset and sunrise, is not liable, under *s.* 6, *c.* 236, Gen. St., for discharging his prisoner without carrying him before a magistrate.

QUI TAM, to recover a penalty. The declaration alleges that the defendant, being an officer, upon view of an offence committed by one C., arrested him without a warrant, between sunset and sunrise, and did not promptly carry him before the police court within twenty-four hours next after the arrest, but, after detaining him one hour, allowed him to depart. The defendant demurred.

*Copeland & Edgerly*, for the plaintiff.

*G. W. Burleigh*, for the defendant.

STANLEY, J. This action is brought under *s.* 6, *c.* 236, Gen. St., which provides that in all other cases the officer arresting without a warrant shall promptly carry the person arrested before the police court or a magistrate, that a complaint may be made. The provisions of this section do not apply to this case.

Here the arrest was made under *s.* 4, between sunset and sunrise, and the defendant had the right to detain his prisoner, or discharge

him at any time within twenty-four hours after his arrest, without carrying him before the magistrate; and by discharging him within that time he did not incur the penalty sought to be recovered here.

*Demurrer sustained.*

ALLEN, J., did not sit.